IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:  
Brian Eugene Mullin  
Melissa Allene Mullin  

Case No. 10-12877-R

Chapter 13

xxx-xx-9310 xxx-xx-6352  
6538 N. 74th W. Ave.  
Tulsa, OK 74126

Debtor(s).

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR(S)

OLD ADDRESS:

6538 N. 74th W. Ave.  
Tulsa, OK 74126

NEW ADDRESS:

1107 N. Garfield Ave.  
Sand Springs, OK 74063

If this is a joint case, this change applies to both debtors.

Dated February 1, 2012

Huckabee & Huckabee, Inc.

By: /s/ Brian W. Huckabee  
Brian W. Huckabee OBA 4428  
406 S. Boulder Suite 425  
Tulsa, OK  74103  
918-587-3000